■ In the Matter of DONNA STURNIALO, Appellant, v HUGH CAREY, as Governor of the State of New York, et al., Respondents.—Judgment, Supreme Court, Ulster County, entered May 6, 1977, affirmed, with costs, on

the opinion of Miner, J., at Special Term. Koreman, P. J., Greenblott, Main, Mikoll and Herlihy, JJ., concur. [90 Misc 2d 275.]